**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rita L Conrad<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5158<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–26073–MBK | |

# Order of Discharge                                                                                          12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Rita L Conrad

<u>11/24/20</u>                                                      **By the court:** <u>Michael B. Kaplan</u>
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 15-26073-MBK
Rita L Conrad                                                                                       Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                                                           Page 1 of 3
Date Rcvd: Nov 24, 2020       Form ID: 3180W                                                        Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rita L Conrad, 2 Roman Street, Toms River, NJ 08757-3908 |
| aty | | Paul V. Buonaguro, Division of Law, RJ Hughes Justice Complex, 25 Market St,, PO Box 106 Trenton, NJ 08625-0106 |
| cr | + | Division of Taxation, State of New Jersey, P.O. Box 245, Trenton, NJ 08695-0245 |
| 515705480 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 515705481 | | Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 518306152 | | Athene Annuity and Life Company, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518306153 | + | Athene Annuity and Life Company, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250, Athene Annuity and Life Company Select Portfolio Servicing, Inc. 84165-0250 |
| 515705483 | + | Athwal Eye Associates, Po Box 538, Howell, NJ 07731-0538 |
| 515705484 | + | B & B Collections, PO Box 2137, Toms River, NJ 08754-2137 |
| 515705487 | | BCA Financial Services, Inc., 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 515705485 | + | Barbara Vargian, 1928 Merrimac Drive, Toms River, NJ 08753-3109 |
| 515705486 | | Barnabas Health Medical Group, PO Box 8000 Dept 596, Buffalo, NY 14267-0002 |
| 515705488 | + | Bureau Of Accounts Con, Po Box 538, Howell, NJ 07731-0538 |
| 515705490 | + | Citibank, Po Box 640, Hopkins, MN 55343-0640 |
| 515705491 | + | Citifinancial, 605 Munn Road, Fort Mill, SC 29715-8421 |
| 515705492 | + | Comcast Cable Communications, 75 Glen Rd Ste 110, Sandy Hook, CT 06482-1170 |
| 515705493 | | Community Emergency Medical Associates, PO Box 417442, Boston, MA 02241-7442 |
| 515705497 | + | Dish Network, Po Box 3097, Bloomington, IL 61702-3097 |
| 515705496 | + | Dish Network, 4500 Salisbury Rd Ste 10, Jacksonville, FL 32216-0959 |
| 515705498 | + | Ear Nose & Throat, 19 Main St, Asbury Park, NJ 07712-7012 |
| 515705502 | + | Harrahs Atlantic City, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |
| 515705503 | + | Harrahs Atlantic Citycage, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |
| 515705505 | | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 515721475 | + | Jersey Central Power Light, 331 Newman Springs Rd, Bldg 3, Red Bank, NJ 07701-5688 |
| 515705507 | + | Medical, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 515705506 | + | Medical, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 515705508 | + | Medical Radilology Group, PO Box 11268, Lancaster, PA 17605-1268 |
| 515705512 | + | NJNG, 1415 Wyckoff Road, PO Box 1464, Wall, NJ 07719-1464 |
| 515903760 | + | New Jersey Natural Gas, 1415 Wykoff Rd, POB 1378, Wall, NJ 07719-1378 |
| 515705513 | + | Ocean Co. Eye Surgery Center, Po Box 538, Howell, NJ 07731-0538 |
| 515705515 | + | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 515775769 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 515705516 | | State Of New Jersey, Department Of Treasury, Div. Of Taxation, Judgment Section, PO Box 245, Trenton, NJ 08695-0445 |
| 515705517 | | State Of New Jersey, Offrice Of The Attorney General, 25 Market Street, PO Box 119, Trenton, NJ 08625-0119 |
| 515705520 | + | Township Of Berkeley MUA, 627 Pinewald/Kewswick Road, PO Box B, Bayville, NJ 08721-0287 |
| 515705522 | + | US Bank Cust For Pro Capital I, LLC, 50 S. 16th Street, Suite 1950, Philadelphia, PA 19102-2516 |
| 515705523 | + | Verizon New Jersey Inc., 2365 Northside Drive Sui, San Diego, CA 92108-2709 |
| 515705525 | + | Wf/wb, Po Box 3117, Winston Salem, NC 27102-3117 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: 3180W | Total Noticed: 56 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 24 2020 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 24 2020 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515705479 | + EDI: AFNIRECOVERY.COM | Nov 25 2020 01:53:00 | Afni, Po Box 3097, Bloomington, IL 61702-3097 |
| 515705482 | EDI: ACCE.COM | Nov 25 2020 01:53:00 | Asset Acceptance, LLC, PO Box 2036, Warren, MI 48090-2036 |
| 515705489 | EDI: CAPITALONE.COM | Nov 25 2020 01:53:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 515786609 | EDI: CAPITALONE.COM | Nov 25 2020 01:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515705494 | Email/Text: ebn@rwjbh.org | Nov 24 2020 21:21:00 | Community Medical Center, An Affiliate Of SBHCS, PO Box 903, Oceanport, NJ 07757-0903 |
| 515705501 | Email/Text: Check.bksupport@globalpay.com | Nov 24 2020 21:19:00 | Global Payment Inc., Po Box 661158, Chicago, IL 60666 |
| 515705500 | Email/Text: Check.bksupport@globalpay.com | Nov 24 2020 21:19:00 | Global Payments Check, Po Box 59371, Chicago, IL 60659 |
| 515705495 | EDI: IRS.COM | Nov 25 2020 01:53:00 | Department Of Treasury, Internal Revenue Service, PO Box 9038 - Stop 830, Andover, MA 01810-4544 |
| 515705509 | + EDI: MID8.COM | Nov 25 2020 01:53:00 | Midland Funding, 2365 Northside Drive Sui, San Diego, CA 92108-2709 |
| 515705511 | Email/Text: bankruptcy@mynycb.com | Nov 24 2020 21:19:00 | New York Community Ban, 615 Merrick Ave, Westbury, NY 11590 |
| 515705510 | + Email/Text: Bankruptcies@nragroup.com | Nov 24 2020 21:21:00 | Natl Recover, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 515705514 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2020 22:28:52 | Pinnacle Credit Servic, Po Box 640, Hopkins, MN 55343-0640 |
| 515705519 | + EDI: RMSC.COM | Nov 25 2020 01:53:00 | Syncb/lord & Tay, Po Box 965015, Orlando, FL 32896-5015 |
| 516598050 | EDI: WFFC.COM | Nov 25 2020 01:53:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 515907625 | + EDI: WFFC.COM | Nov 25 2020 01:53:00 | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC#D3347-014, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |
| 515705524 | + EDI: WFFC.COM | Nov 25 2020 01:53:00 | Wells Fargo Home Mortgage, 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Powers Kirn LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| lm | *+ | Wells Fargo Home Mortgage, 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |
| 515723437 | *+ | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 516133540 | *+ | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 515738130 | * | IRS, POB 7346, Philadelphia, PA 19101-7346 |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: 3180W | Total Noticed: 56 |

| 515705504 | * | Internal Revenue Service, Special Procedures Branch, Bky Sec., PO Box 7346, Philadelphia, PA 19101-7346 |
| 515705478 | ## | ACB Receivables Management, Inc., 19 Main Street - PO Box 350, Asbury Park, NJ 07712-0350 |
| 515705499 | ##+ | Eastern Account System, 75 Glen Rd Ste 110, Sandy Hook, CT 06482-1175 |
| 515705518 | ##+ | Stellar Recovery Inc, 4500 Salisbury Rd Ste 10, Jacksonville, FL 32216-8035 |
| 515705521 | ##+ | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2230 |

TOTAL: 0 Undeliverable, 6 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Rita L Conrad bktrustee@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor Athene Annuity and Life Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Athene Annuity and Life Company kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 7